UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-747 MRW | Date | March 16, 2022 |
|---|---|---|---|
| Title | Ubisoft Entertainment SA v. Massimo Gallota Productions | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**     **ORDER DISMISSING CASE**

    Plaintiff filed a notice voluntarily dismissing this case.  (Docket 13).  This action is dismissed with prejudice.

| | : | |
|---|---|---|
| Initials of Preparer | | vp |